UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal Action No. 08-342 (RWR) |
| ) | |
| FRANK REDDICK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On October 24, 2012, defendant Frank Reddick, with counsel, appeared before Magistrate Judge Robinson for a preliminary hearing on a violation of supervised release.  Magistrate Judge Robinson, in her report and recommendation to the Court, stated that "[d]efendant, through counsel, conceded the alleged violation."  Report and Recommendation at 2 (October 25, 2012). Magistrate Judge Robinson also stated that, "[a]ll parties represented that they are in agreement as to the sentence, and that they waive a final hearing on the violation of supervised release."  Id.  In addition, Reddick signed a waiver of his right to a final hearing on the violation of supervised release and asked that the Court adopt Magistrate Judge Robinson's Report and Recommendation.

In light of the defendant's waiver of a final hearing on the violation of supervised release, and there being no filed objections to Magistrate Judge Robinson's report and recommendation, it is therefore

- 2 -

ORDERED that Magistrate Judge Robinson's Report and Recommendation be, and hereby is, ACCEPTED. The defendant's supervised release is revoked, and the defendant is sentenced to 18 months of incarceration to run consecutively to the defendant's sentence in Criminal Action No. 12-148, to be followed by a term of supervised release of 36 months to run concurrently with defendant's term of supervised release in Criminal Action No. 12-148.

SIGNED this 5th day of December, 2012.

_____
RICHARD W. ROBERTS
United States District Judge