AO 442 (Rev. 11/11) Arrest Warrant

(DC 6/6-16)

1526392

U.S. MARSHAL
RECEIVED FEB 7 '22

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   0090 1:08CR00342-001 |
| Frank Reddick | ) | |
| | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Frank Reddick,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Please refer to attached petiton.

Date:   2/7/2022

**Courtney Lesley** *Digitally signed by Courtney Lesley*
*Date: 2022.02.07 12:47:26 -05'00'*

*Issuing Officer's Signature*

City and State:  Washington, DC

Courtney Lesley     Courtroom Deputy
*Printed Name and Title*

### Return

This warrant was received on *(date)* 2/8/22, and the person was arrested on *(date)* 7/29/24
at *(city and state)* Washington DC.

Date: 7/29/24

*Arresting Officer's Signature*

DUSM Stanisbvski
*Printed Name and Title*